IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VESTA LEWIS, | No. C 06-6608 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MICHAEL J. ASTRUE, | |
| Defendant. / | |

Both parties' motions for summary judgment are denied and this action is remanded to the Commissioner for further proceedings.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: January 22, 2008

SUSAN ILLSTON
United States District Judge