```
 1  JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
 2  LUCILLE GONZALES MEIS, SBN CO 15153
    Regional Chief Counsel, Region IX,
 3  Social Security Administration
    JACQUELINE A. FORSLUND, SBN CA 154575
 4  Special Assistant United States Attorney

 5      333 Market Street, Suite 1500
        San Francisco, California  94105
 6      Telephone:  (415) 977-8943
        Facsimile:  (415) 744-0134
 7
    Attorneys for Defendant
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VESTA LEWIS,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. C-06-6608 SI<br><br>STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES UNDER THE EAJA; AND ORDER |

TO THE HONORABLE SUSAN ILLSTON, UNITED STATES DISTRICT JUDGE:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Tony Arjo, counsel for Plaintiff and Plaintiff's assignee, be awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of THREE THOUSAND dollars ($3,000.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by his attorney in connection with this civil action for services before the district court through remand, in accordance with 28 U.S.C. § 2412(d).

The stipulation is entered into for the sole purpose of settling all disputed claims regarding EAJA and avoiding the expenses and risks of litigation.  This stipulation constitutes a compromise settlement

1

of Plaintiff's request for EAJA attorney fees, costs and expenses.  This stipulation does not constitute an admission of liability on the part of Defendant under the EAJA.

Payment of THREE THOUSAND dollars ($3,000.00) in EAJA attorney fees, costs, and expenses to Tony Arjo, as Plaintiff's assignee, shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA attorney fees and costs in connection with this action. Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees, under 42 U.S.C. § 406(b).  Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

Respectfully submitted,

Dated: March 14, 2008

/s/ Tony Arjo
(As authorized via facsimile on 03/14/08)
TONY ARJO
Attorney for Plaintiff

Dated: March 14, 2008

JOSEPH P. RUSSONIELLO
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ Jacqueline A. Forslund
JACQUELINE A. FORSLUND
Special Assistant U.S. Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: _____

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE